FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 10 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT RADCLIFFE; CHESTER CARTER; MARIA FALCON; CLIFTON C. SEALE, III; ARNOLD LOVELL, Jr., <br><br>　　　　Plaintiffs - Appellants, <br><br>CHRISTY DRIVER; IVONNE MARTINEZ; KELLY J. PORTER; LISA BRISBANE; BRENDA MELENDEZ; RALPH MICHAEL PORTER, <br><br>　　　　Objectors - Appellants, <br><br>  and <br><br>KATHRYN PIKE; BERTRAM ROBISON; ROBERT RANDALL; JOSE HERNANDEZ, <br><br>　　　　Plaintiffs, <br><br>WALTER ELLINGWOOD, NANCY SEGARRA; MARIA L. BORBON; MARCIA GREEN; JIMMY GREEN; THOMAS A. CARDER; GLENDA W. SCHILLECI; STEVEN C. SINGER; NAOMI SANDRES, <br><br>　　　　Objectors, <br><br>  v. <br><br>EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION, | No. 11-56376 <br><br> D.C. No. 8:05-cv-01070-DOC-MLG <br> Central District of California, <br> Santa Ana <br><br> ORDER |

```
```

LLC; EQUIFAX INFORMATION SERVICES LLC,

    Defendants - Appellees.

---

MARIA L. BORBON,

    Objector - Appellant,

  v.

JOSE HERNANDEZ; KATHRYN PIKE; ROBERT RANDALL; BERTRAM ROBISON,

    Plaintiffs - Appellees,

and ,

EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES LLC,

    Defendants - Appellees.

No. 11-56387

D.C. No. 8:05-cv-01070-DOC-MLG
Central District of California,
Santa Ana

---

TERRI N. WHITE,

    Plaintiff,

_____,

JOSE HERNANDEZ; ROBERT RANDALL; BERTRAM ROBISON; KATHRYN PIKE,

No. 11-56389

D.C. No. 8:05-cv-01070-DOC-MLG
Central District of California,
Santa Ana

LLC; EQUIFAX INFORMATION SERVICES LLC,

    Defendants - Appellees.

---

MARIA L. BORBON,

    Objector - Appellant,

  v.

JOSE HERNANDEZ; KATHRYN PIKE; ROBERT RANDALL; BERTRAM ROBISON,

    Plaintiffs - Appellees,

and ,

EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES LLC,

    Defendants - Appellees.

No. 11-56387

D.C. No. 8:05-cv-01070-DOC-MLG
Central District of California,
Santa Ana

---

TERRI N. WHITE,

    Plaintiff,

_____,

JOSE HERNANDEZ; ROBERT RANDALL; BERTRAM ROBISON; KATHRYN PIKE,

No. 11-56389

D.C. No. 8:05-cv-01070-DOC-MLG
Central District of California,
Santa Ana

|  |  |
|---|---|
| Plaintiffs - Appellees, | |
| EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants - Appellees, | |
| v. | |
| GLENDA W. SCHILLECI; THOMAS A. CARDER, | |
| Objectors - Appellants. | |

| | |
|---|---|
| TERRI N. WHITE, | No. 11-56397 |
| Plaintiff, | D.C. No. 8:05-cv-01070-DOC-MLG Central District of California, Santa Ana |
| _____, | |
| JOSE HERNANDEZ; ROBERT RANDALL; BERTRAM ROBISON; KATHRYN PIKE, | |
| Plaintiffs - Appellees, | |
| EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants - Appellees, | |
| v. | |
| CHARLES JUNTIKKA, Esquire, | |

| | |
|---|---|
| Appellant. | |
| TERRI N. WHITE, | No. 11-56400 |
| Plaintiff, | D.C. No. 8:05-cv-01070-DOC-MLG |
| _____, | Central District of California, Santa Ana |
| JOSE HERNANDEZ; ROBERT RANDALL; BERTRAM ROBISON; KATHRYN PIKE, | |
| Plaintiffs - Appellees, | |
| EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants - Appellees, | |
| v. | |
| STEVEN C. SIGNER, | |
| Objector - Appellant. | |
| ROBERT RADCLIFFE; CHESTER CARTER; ARNOLD LOVELL, Jr.; MARIA FALCON; CLIFTON C. SEALE, III; JOSE HERNANDEZ; ROBERT RANDALL; BERTRAM ROBISON; KATHRYN PIKE, | No. 11-56440  D.C. No. 8:05-cv-01070-DOC-MLG Central District of California, Santa Ana |
| Plaintiffs - Appellees, | |

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES LLC,

        Defendants - Appellees.,

WALTER ELLINGWOOD,

        Objector - Appellant.

---

TERRI N. WHITE,

        Plaintiff,
_____,

ROBERT RADCLIFFE; CHESTER CARTER; ARNOLD LOVELL, Jr.; JOSE HERNANDEZ; CLIFTON C. SEALE, III; MARIA FALCON; ROBERT RANDALL; BERTRAM ROBISON; KATHRYN PIKE,

        Plaintiffs - Appellees,

  and

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES LLC,

        Defendants - Appellees,

v.

No. 11-56482

D.C. No. 8:05-cv-01070-DOC-MLG
Central District of California,
Santa Ana

MARCIA GREEN; JIMMY GREEN,

        Objectors - Appellants.

Before: WARDLAW and GOULD, Circuit Judges, and HADDON, District Judge.[*]

The full court has been advised of the Petition for Rehearing En Banc and no judge of the court has requested a vote on the Petition for Rehearing En Banc. Fed. R. App. P. 35. Defendant-Appellee TransUnion LLC's Petition for Rehearing En Banc is **DENIED**.

---

[*] The Honorable Sam E. Haddon, District Judge for the U.S. District Court for the District of Montana, sitting by designation.